Robert E. Freitas, Esq. (SBN 77181)
Jason Angell, Esq. (SBN 221607)
ORRICK, HERRINGTON & SUTTCLIFFE, LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:  1 (650) 614-7400
Facsimile: 1 (650) 614-7401

Attorneys for Plaintiffs
**IA GLOBAL, INC. and MARK SCOTT**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IA GLOBAL, INC., a Delaware corporation; MARK E. SCOTT, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation, and DOES 1 through 100, inclusive, | Case No. C06 4410 (MMC)<br>The Hon. Maxine Chesney<br><br>**STIPULATION TO DISMISSAL OF LAWSUIT IN ITS ENTIRETY WITH PREJUDICE;**<br><br>**[PROPOSED]**<br>**ORDER THEREON** |

WHEREAS Plaintiffs IA Global, Inc. and Mark Scott commenced this lawsuit against defendant Hartford Casualty Insurance Company;

WHEREAS the parties agreed to settle their disputes during a mediation held on January 16, 2007;

WHEREAS the Court dismissed this lawsuit without prejudice on February 7, 2007 after the mediator advised the parties had settled the case at the mediation; and

WHEREAS Hartford paid the agreed-upon settlement payment and the parties and their lawyers have executed a settlement and release agreement;

1    IA Global, Inc., Mark Scott, and Hartford Casualty Insurance Company ,

2 through their respective counsel of record, hereby stipulate and respectfully request

3 that the Court enter the attached order:

4    1.    Vacating its dismissal of the lawsuit without prejudice;

5    2.    Dismissing the lawsuit in its entirety with prejudice; and

6    3.    Retaining jurisdiction over this matter for the sole purpose of

7 adjudicating any dispute that may arise over the enforcement of the parties'

8 settlement agreement.

9    4.    Counsel for IA Global and Mark Scott (Orrick, Herrington & Sutcliffe)

10 has the authority to electronically file this stipulation and proposed order on behalf

11 of Hartford Casualty Insurance Company.

12    SO STIPULATED.

13

14 DATED:  May 4, 2007          ORRICK, HERRINGTON & SUTTCLIFFE,

15                              LLP

16

17                              By: /s/ Jason S. Angell /s/_____
                                    ROBERT E. FREITAS,
18                                  JASON ANGELL
                                Attorneys for Plaintiffs
19                              IA GLOBAL, INC. and MARK SCOTT

20

21

22 DATED:  May 4, 2007          MICHELMAN & ROBINSON, LLP

23                              By: /s/Robin James /s/_____
24                                  DEAN B. HERMAN,
                                    CATHERINE L. RIVARD,
25                                  ROBIN JAMES
                                Attorneys for Defendant
26                              HARTFORD CASUALTY INSURANCE
27                              COMPANY

28

STIPULATION TO DISMISSAL OF LAWSUIT IN ITS
                                                                  ENTIRETY WITH PREJUDICE/PROPOSED ORDER
                                                                  CASE NO. CV07-01444 (EFMX)

1

## **ATTESTATION**

2

3
Pursuant to General Order 45.X.B., I, Jason S. Angell, hereby attest that Ms. Robin James, counsel for Hartford Casualty Insurance Company, has concurred in the filing of this document.

4

5
/s/

6
Jason S. Angell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

## ORDER DISMISSING ACTION WITH PREJUDICE

Having reviewed the stipulation to dismissal with prejudice executed by counsel for all parties in this lawsuit, the Court issues the following order pursuant to the stipulation:

**IT IS HEREBY ORDERED** that the dismissal without prejudice entered by this Court on February 2, 2007 is vacated.

**IT IS HEREBY FURTHER ORDERED** that this case is dismissed in its entirety with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the Court shall retain jurisdiction over this matter for the sole purpose of adjudicating any dispute that may arise over the enforcement of the parties' settlement agreement.

**IT IS SO ORDERED**.

DATED:  _May 7, 2007_____

_Maxine M. Chesney_____
HONORABLE MAXINE CHESNEY
U. S. DISTRICT COURT JUDGE

STIPULATION TO DISMISSAL OF LAWSUIT IN ITS
ENTIRETY WITH PREJUDICE/PROPOSED ORDER
CASE NO. CV07-01444 (EFMX)